# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2175 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 119 DB 2013 |
| v. | : | |
| | : | Attorney Registration No. 42795 |
| JOHN J. KORESKO, V., | : | |
| Respondent | : | (Montgomery County) |

## O R D E R

**PER CURIAM:**

**AND NOW**, this 4th day of September, 2015, no response having been filed to a Rule to show cause why John J. Koresko, V, should not be disbarred, the Rule is made absolute. John J. Koresko, V, is disbarred; he shall comply with all the provisions of Pa.R.D.E. 217; and he shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).